UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-mj-673 (TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

HARSHKUMAR RAMANLAL PATEL,
a/k/a "Dirty Harry,"              **ORDER FOR DETENTION**
a/k/a Harry Patel,
a/k/a Param Singh,
a/k/a Haresh Rameshlal Patel, and
a/k/a Harshkumar Singh Patel,

        Defendant.

    This matter came before the Court on March 11, 2024, for an initial appearance in this District on the Criminal Complaint. Harshkumar Ramanlal Patel was arrested on February 21, 2024, in Chicago, Illinois, and had an initial appearance and Rule 5 proceedings there. Mr. Patel was present and represented in the District of Minnesota by Thomas Leinenweber and Thomas Plunkett.  The United States was represented by Laura Provinzino.

    Mr. Patel was charged by Complaint with (1) the transportation of aliens and (2) a conspiracy to bring in or attempt to bring in aliens in violation of Title 8, United States Code, Section 1324(a)(1).  The Court also had before it a bond report prepared by United States Probation and Pretrial Services, which recommended detention without bond in this case.

1

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1.     Mr. Patel was aware of his right to contest probable cause. Mr. Patel waived his right to a preliminary hearing pursuant to Fed. R. Crim. P. 5.1. The Court found Mr. Patel's waiver as to a preliminary hearing to be knowing and voluntary and made in consultation with counsel.

2.     Mr. Patel was also aware of his right to contest detention. Mr. Patel, through counsel, waived his right to a detention hearing. The Court found Mr. Patel's waiver as to a detention hearing to be knowing and voluntary and made in consultation with counsel.

3.     As to the issue of probable cause, based on the record before the Court, including the defendant's waiver and the affidavit of Special Agent Manuel Jimenez, there is a preliminary finding of probable cause to believe Mr. Patel committed the offenses alleged in the Complaint.

4.     As to the issue of detention, based on the record before the Court, including the defendant's waiver and the recommendation of U.S. Probation and Pretrial Services, there is no condition or combination of conditions that would reasonably assure Mr. Patel's appearance at future court proceedings.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that:

1.     The government's motion for detention of Mr. Patel is GRANTED;

2.     Mr. Patel is committed to the custody of the United States

Marshals Service for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Mr. Patel shall be afforded reasonable opportunity to consult privately with his lawyers; and

4. Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which Mr. Patel is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with all court proceedings.

Dated: March 11, 2024            *s/Dulce J. Foster*
                                 The Honorable Dulce J. Foster
                                 United States Magistrate Judge